AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter of | JUDGMENT IN A CIVIL CASE |
| TYLER J., by and through his Parents, CHERYL ANN AND KEVIN J. | Case: CIVIL NO. 14-00121 DKW-KSC |
| Plaintiffs, | |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| | February 26, 2015 |
| DEPARTMENT OF EDUCATION, STATE OF HAWAII, and School for Examining Essential Questions of Sustainability ("SEEQS") a Public Charter School, State of Hawaii, | At 4 o'clock and 00 min p.m. SUE BEITIA, CLERK |
| Defendants. | |

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the decision of the Administrative Hearings Officer is AFFIRMED, and affirmed as pursuant to and in accordance with the Court's order filed February 24, 2015: The "ORDER AFFIRMING THE DECISION OF THE ADMINISTRATIVE HEARINGS OFFICER ".  JUDGMENT is entered accordingly and entered in favor of Defendant.

| | |
|---|---|
| February 26, 2015 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by ES |
| | (By) Deputy Clerk |